11

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 01 1998

Michael N. Milby
Clerk of Court

Alejandro Sierra §
versus §
Davy L. Johnson, Warden §

CIVIL ACTION B 97-81

United States District Court
Southern District of Texas
ENTERED

SEP 02 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge